UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CYNTHIA LIRETTE | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 22-3594 |
| SONIC DRIVE-IN CORPORATION, ET AL. | * | DIVISION 2 |

## ORDER

Considering the failure of plaintiff's counsel of record Deidre Katrina Peterson to appear and/or comply with multiple court Orders (*see* ECF Nos. 40-43),

**IT IS ORDERED** that an in-person **Status Conference** is scheduled for **TUESDAY, JANUARY 23, 2024, at 1:00 p.m.** before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

**Plaintiff Cynthia Lirette must attend personally as well as all counsel of record. Failure to appear as ordered herein may result in sanctions, including but not limited to dismissal of the proceeding.**

New Orleans, Louisiana, this ___11th___ day of January, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY VIA U.S. MAIL:**

Cynthia Lirette
433 Tom Chance Rd.
Poplarville, MS, 39470
(504) 400-4426